# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 403 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Petru Cladovan | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/22/2008. Defendant appears in response to arrest on 5/22/2008. Defendant informed of his rights. Preliminary examination hearing set for 6/11/2008 at 1:30 p.m. It is hereby ordered that this case is unsealed.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | IS |
|---|---|---|