UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 403 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| PETRU CLADOVAN | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

By:   s/Christina Egan
      CHRISTINA EGAN
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-4095

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### ATTORNEY DESIGNATION

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by facsimile on June 3, 2008, to the following non-ECF filers:

    Ted Poulos
    Cotsirilos Tighe & Streicker Ltd.
    33 N. Dearborn St., Ste. 600
    Chicago, IL 60602
    Fax    312-263-4670

                            By:    s/ Christina Egan
                                        CHRISTINA EGAN
                                        Assistant United States Attorney
                                        219 South Dearborn Street, Suite 500
                                        Chicago, Illinois 60604
                                        312-353-4095