**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                              Case Number:  08 CR 403

UNITED STATES OF AMERICA
   vs.

PETRU CLADOVAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant PETRU CLADOVAN

| | |
|---|---|
| NAME (Type or print) <br> Terence H. Campbell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Terence H. Campbell | |
| FIRM <br> Cotsirilos, Tighe & Streicker, Ltd. | |
| STREET ADDRESS <br> 33 North Dearborn Street, Suite 600 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6228959 | TELEPHONE NUMBER <br> 312-263-0345 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓      APPOINTED COUNSEL ☐