# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　Case Number: 08 CR 403

UNITED STATES OF AMERICA
　　vs.

PETRU CLADOVAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant PETRU CLADOVAN

| NAME (Type or print) |
| --- |
| Matthew S. Ryan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Matthew S. Ryan |

| FIRM |
| --- |
| Cotsirilos, Tighe & Streicker, Ltd. |

| STREET ADDRESS |
| --- |
| 33 North Dearborn Street, Suite 600 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6278362 | 312-263-0345 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☑　　　APPOINTED COUNSEL ☐ |