UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 403 |
| | ) | |
| v. | ) | Chief Judge James F. Holderman |
| | ) | |
| PETRU CLADOVAN | ) | |
| | ) | |

## NOTICE OF FILING

_____Please take notice that on June 16, 2008, I caused to be filed the attached Government's Agreed First Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. § 3161(h), a copy of which is hereby served on you.

By: /s/ Christina Egan
JULIET S. SORENSEN
CHRISTINA EGAN
Assistants United States Attorney
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-4095

## *CERTIFICATE OF SERVICE*

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S AGREED FIRST MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

was served on June 16, 2008, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

/s/Christina Egan
CHRISTINA EGAN
Assistant United States Attorney
(312) 353-4095