## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 403 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Petru Cladovan | | |

**DOCKET ENTRY TEXT**

Government's agreed first motion for an extension of time to return indictment pursuant to 18 U.S.C. Section 3161(h) [14] is granted. ENTER ORDER: It is ordered that the time within which to file an indictment against the defendant be extended from June 20, 2008 to and including August 19, 2008.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|