UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> PETRU CLADOVAN ) <br> ) <br> ) No. 08 CR 403-1 <br> ) Magistrate Judge Ashman <br> ) | **FILED** <br> JUN 2 0 2008 TC <br> MICHAEL W DOBBINS <br> CLERK, U.S. DISTRICT COURT |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on May 22, 2008, and for and in consideration of bond being set by the Court for defendant PETRU CLADOVAN in the amount of $110,000, being secured by real property, **PETRU CLADOVAN and LACRAMIOARA CLADOVAN (husband and wife) and GRANTOR(S)** hereby warrant and agree:

1. PETRU CLADOVAN and LACRAMIOARA CLADOVAN warrant that they are the sole record owners and titleholders of the real property located at 1103 North Maple, Prospect Heights, Illinois and described legally as follows:

> LOT 33 IN GLENDRAKE, BEING DRAKE'S SECOND ADDITION TO PROSPECT HEIGHTS, A SUBDIVISION OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 42 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY

ILLINOIS.

P.I.N: 03-15-207-005-0000.

PETRU CLADOVAN and LACRAMIOARA CLADOVAN warrant that there are two outstanding mortgages against the property and that their equitable interest in the real property approximately equals $110,000.

2. PETRU CLADOVAN and LACRAMIOARA CLADOVAN agree that their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant PETRU CLADOVAN fail to appear as required by the Court or otherwise violate any condition of the Court's order of release.

3. PETRU CLADOVAN and LACRAMIOARA CLADOVAN further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. PETRU CLADOVAN and LACRAMIOARA CLADOVAN understand that should defendant PETRU CLADOVAN fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. PETRU CLADOVAN and LACRAMIOARA CLADOVAN further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

2

5. PETRU CLADOVAN and LACRAMIOARA CLADOVAN further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant PETRU CLADOVAN they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. PETRU CLADOVAN and LACRAMIOARA CLADOVAN agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. PETRU CLADOVAN and LACRAMIOARA CLADOVAN hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 6/11/08

PETRU CLADOVAN
SURETY/GRANTOR

Date: 6/11/08

LACRAMIOARA CLADOVAN
SURETY/GRANTOR

Date: 6/11/08

Witness

3